■ In the Matter of the Arbitration between NIAGARA FALLS BRIDGE COMMISSION, Appellant, and CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO, NIAGARA FALLS BRIDGE COMMISSION UNIT, NIAGARA COUNTY LOCAL 832, Respondent. [815 NYS2d 842]—Appeal from a judgment and order (one paper) of the Supreme Court, Erie County (John M. Curran, J.), entered November 1, 2005 in a proceeding pursuant to CPLR article 75. The judgment and order dismissed the petition and granted respondent's cross motion to confirm an arbitration award.

It is hereby ordered that the judgment and order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Smith and Green, JJ.

■ GERARD IPPOLITO et al., Appellants, v SAFE SYSTEMS CORPORATION, Respondent, et al., Defendant. [815 NYS2d 842]— Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered December 30, 2004. The order, insofar as appealed from, granted the motion of defendant Safe Systems Corporation for summary judgment dismissing the amended complaint against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Smith and Green, JJ.